**Appeal Dismissed and Memorandum Opinion filed February 1, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00574-CR**

---

**KEITRA DOMINQUE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1620031**

---

## MEMORANDUM OPINION

On February 20, 2020, Appellant was placed on deferred adjudication for a period of 3 years for the felony offense of forgery. On July 27, 2023, the trial court revoked appellant's probation and assessed punishment at six months Harris County jail. Subsequently, the trial court granted appellant's motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, Hassan. .
Do Not Publish — Tex. R. App. P. 47.2(b)